UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 11-248 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | DETENTION ORDER |
| RICHARD SCOTT SMITH, | ) ) | |
| Defendant. | ) ) | |

Offense charged:     Escape

Date of Detention Hearing:    May 25, 2011

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    Defendant is charged by Complaint with Escape from Pioneer Fellowship

House, in which he was lawfully confined after serving approximately eleven years in the custody of the Bureau of Prisons for the crime of Bank Robbery.

(2)     Defendant was not interviewed by Pretrial Services, so much of his background information is not known.   Defendant does not contest detention.

(3)      Defendant poses a risk of nonappearance due to the nature of this offense and lack of known or verified background information.   He poses a risk of danger due to criminal history.

(4)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to

01         counsel for the defendant, to the United States Marshal, and to the United States

02         Pretrial Services Officer.

03    DATED this 25th day of May, 2011.

04

05

06                                    Mary Alice Theiler
                                      United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22